FILED - USDC -NH
2026 APR 30 AM 9:02

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _N H_

_____ Division

|  |  |
|---|---|
| Tyler C. Martel | ) Case No. _____ |
|  | ) _(to be filled in by the Clerk's Office)_ |
| _____ | ) |
| _Plaintiff(s)_ | ) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) Jury Trial: _(check one)_  ❐ Yes  ❐ No |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
| Honorable Todd H. Prevett | ) |
|  | ) |
|  | ) |
|  | ) |
| _____ | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ |  |
| _with the full list of names. Do not include addresses here.)_ |  |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tyler C. Martel |
| Address | 4 Twin Bridge Rd # 301 |
| | Merrimack                NH            03054 |
| | *City*                      *State*          *Zip Code* |
| County | Hillsborough |
| Telephone Number | 603-377-6517 |
| E-Mail Address | tyler.martel@yahoo.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Todd H. Prevett |
| Job or Title *(if known)* | Honorable, appointed Justice |
| Address | 4 Baboosic Lake Rd |
| | Merrimack                NH            03054 |
| | *City*                      *State*          *Zip Code* |
| County | Hillsborough |
| Telephone Number | Unavailable |
| E-Mail Address *(if known)* | Unavailable |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Any Relevant Defendant for the State of NH |
| Job or Title *(if known)* | Attorney General's Office of Civil Law |
| Address | 1 Granite Place South |
| | Concord                  NH            03301 |
| | *City*                      *State*          *Zip Code* |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name
Job or Title *(if known)*
Address

| | City | State | Zip Code |
|---|---|---|---|

County
Telephone Number
E-Mail Address *(if known)*

❐ Individual capacity    ❐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Address

| | City | State | Zip Code |
|---|---|---|---|

County
Telephone Number
E-Mail Address *(if known)*

❐ Individual capacity    ❐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

❐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? 14th U.S. Constitution amendment, Section 1: All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Honorable Todd Prevett acted as a commissioned or appointed family court judge for the state of NH. NH Constition section 2 part 73-a provides "The tenure that all commissioned officers shall have by law in their offices shall be expressed in their respective commissions, and all judicial officers duly appointed, commissioned and sworn, shall hold their offices during good behavior, except those for whom a different provision is made in this constitution."

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Merrimack NH family court

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Occurence is ongoing. Judge Todd Prevett issued a final default order against the Petitioner on 3/31/2026 after a 3/3/2026 hearing. The Petitioner filed an Intial Parenting action in family circuit court around 10/2024.

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Judge Todd Prevett issued a final order which is arbitrary and shocking to the conscious. The order fully disregards NH 458-C:5 Adjustments to the Application of Guidelines Under Special Circumstances I (c). This is the most immediate and severe injustice. The Petitioner is the sole caregiver of a natural child. The Judge's order claims the Petitioner is "evasive" about financial disclosures, uncandid, and finds that the Petitioner likely has hidden income, is intentionally underemployed, and has undisclosed financial accounts and means. All of these "findings" are not supported by the record; crucially, they are directly contradicted by the Petitioner's recent approval for a government-subsidized, income-restricted apartment.

The NH Supreme court has declined all of the Petitioner's appeals, including a 10/2025 interlocutory appeal, a 2/2026 petition for original jurisdiction, and there has been no rulings on a 4/2026 final discretionary appeal despite evidence of factual error, violations of candor, and immediate emergency. This default order manifests an immediate emergency upon a vulnerable family by disregarding the NH mandatory minimum statutory reserve under NH 458-C:3. It is facially and constitutionally illegal.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Respectfully, the Petitioner requests the following relief:

1. A preliminary and permanent injuction staying the enforcement of child support and property orders until such time as a hearing is held that comports with due process and the mandatory statutory requirements of all relevant NH laws.

2. A temporary restraining order which prevents any collection, writ of possession or eviction by any party to the relevant cases or the Hillsborough Sheriff's office upon the Petitioner.

3. A declatory judgement which finds that the Trial Court's finding of "wealth and evasion" is in direct contradiction to the facts, was arbitrary, and is a violation of the Petitioner's 14th amendment right to due process.

4. An order which vacates the underlying 3/31 order and remands the trial court with instructions to schedule a hearing on the merits of child support modification before a different, impartial judge.

5. Any other relief deemed just and equitable to prevent the destablization of a vulnerable family.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           04/29/2026

Signature of Plaintiff           *Tyler C. Martel*

Printed Name of Plaintiff      Tyler C. Martel

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  |  |  |
|---|---|---|
| City | State | Zip Code |

Telephone Number

E-mail Address

Print        Save As...        Add Attachment        Reset