Tyler C. Martel, Pro Se Petitioner
4/29/2026
Complaint RE: 42 USC 1983

1. Status Quo: The parties have had the same arrangement for years; clearly the opposing Parent has no fundamental issues with housing, necessities, or care for the minor. At the same time, the Petitioner has made multiple substantial pleadings, including motions for family access, in order to more wholly support the minor. Manifesting devastation to the Petitioner and his natural minor will only lead to severe, necessary changes to the Parenting Plan.
2. The Petitioner is happy to increase his child support obligation proportionally according to the increase of $2 per hour since the establishment of the deviated agreement. Any other arrangement risks toppling the balance of equities by manifesting a financial emergency upon the vulnerable party. A default arrangement which increases payments 600% strips the Petitioner of his ability to provide for the minor and his natural child according to the parenting plan.

IV: Public Interest

1. Judicial integrity: Judge Todd Prevett is the only NH Judge with a publicly posted JCC reprimand in the past 2 years. The Public has no interest in appointing and maintaining judges who make arbitrary findings which result in terrible, irreparable family circumstances such as this very filing.
2. Rule of Law: Mandatory language within statutes exists because the state has an interest in maintaining social order and promoting social well-being. When a Judge so blatantly disregards the law there must be an adequate solution.

Certificate of service:

I certify that the facts and statements within this “Memorandum on Justification of Temporary Restraining Order” are true under penalty of Perjury.

I certify that I have delivered this Filing via Electronic Service, In Hand, or Via US Mail to M. Passalacqua, 98 Spit Brook Rd, Nashua NH; and Office of NH Attorney General, 1 Granite Place South, Concord NH 03301.

Signed: Tyler Martel SIGNED ELECTRONICALLY Date: 4/29/2026