FILED - USDC -NH
2026 APR 30 AM9:02

Tyler C. Martel
Pro Se Plaintiff
Section 1983 Complaint

Emergency Motion for Temporary Restraining Order:

1. Due to the various factual, judicial, and legal errors or disregard that have cascaded into an imminent emergency, the Plaintiff moves for an immediate temporary restraining order and injunctive relief.
2. There has been a plain disregard for one or more NH statutory, declaratory decrees. Additionally, there has been no relief, recourse, or process available for the Plaintiff from the NH Supreme Court.
3. As set forth in the Plaintiff's "Memorandum for Justification of Temporary Restraining Order", this family will suffer irreparable harm due to Judge Prevett's 3/31 Order.

Request for Relief:

1. Grant the Plaintiffs "Proposed Temporary Restraining Order".
2. Grant other relief deemed just and equitable.

Certificate of service:

I certify that the facts and statements within this "Memorandum on Justification of Temporary Restraining Order" are true under penalty of Perjury.

I certify that I have delivered this Filing via Electronic Service, In Hand, or Via US Mail to M. Passalacqua, 98 Spit Brook Rd, Nashua NH; and Office of NH Attorney General, 1 Granite Place South, Concord NH 03301.

Signed: Tyler Martel SIGNED ELECTRONICALLY Date: 4/29/2026