Tyler C. Martel
Petitioner
Section 1983 Complaint

Proposed Temporary Restraining Order:

1. After reviewing the Plaintiff's filings and contemplating the weight of merits, the motion for Temporary Restraining order is hereby GRANTED.
2. Defendant's and their agents; the Hillsborough Sheriff; the respondent in the relevant family court case are Stayed from Executing any Writ of Possession.
3. Defendant's and their agents are Stayed from enforcing Judge Prevett's 3/31/2026 Order. The previous Child Support Order for case 656-2022-DM-00666 remains in effect until such time as a hearing on the merits has resolved this modification.

So Ordered.