UNITED STATES COURT - DISTRICT OF NEW HAMPSHIRE
MARTEL v. PREVETT - CASE 1:26-cv-00326-LM-TSM
Tyler Martel – Pro Se Plaintiff

Motion to Redact or Seal Previously Filed Document:

I:

A. Plaintiff filed a "Notice of Supplemental Authority and Intervening Matters" (document 4) which inadvertently included information in Appendix B that should have been redacted per court rules.

B. This motion is submitted immediately in the good faith that a correction is fair of course.

Request for Relief:

A. Please restrict access to the relevant document by seal or redaction (appendix B, document #4).

B. Accept the Redacted Filing in its place.

Tyler C. Martel 5/2/2026

Certificate of service:
I certify that the facts and statements within this "Notice of Supplemental Authority and Intervening Matters" are true under penalty of Perjury.
I certify that I have delivered this Filing via Electronic Service, In Hand, or Via US Mail to M. Passalacqua, 98 Spit Brook Rd, Nashua NH; and Office of NH Attorney General, 1 Granite Place South, Concord NH 03301.
Signed: Tyler Martel SIGNED ELECTRONICALLY Date: 5/2/2026