UNITED STATES COURT - DISTRICT OF NEW HAMPSHIRE
MARTEL v. PREVETT - CASE 1:26-cv-00326-LM-TSM
Tyler Martel – Pro Se Plaintiff 5/2/2026
Notice of Supplemental Authority and Intervening Matters

## I: Background

A. The Plaintiff offers this supplemental information for the Court's consideration. These facts demonstrate the utter unsustainability of the 3/31 Default Order.

## II: Unavailability of Declaratory Relief

A. The NH Supreme court denied the Plaintiff's "emergency motion to stay enforcement of child support order" (appendix B pg 4).

## III: Bicycle Incident, Ex Parte, and Parenting Access

A. Plaintiff must mitigate the immediate emergency circumstances; he arrived to an exchange via bicycle to receive the relevant minor. The Plaintiff can no longer afford to maintain a safe vehicle.

B. The maternal grandmother refused to release the minor, citing concerns for safety. Plaintiff contacted police who arrived and issued a report.

C. Plaintiff filed an emergency motion (appendix B pg 5-6) and motion for enforcement (appendix B pg 7). These were served to the opposing counsel and a hearing has been set for 5/13/2026 at 9th, Merrimack Family Court. These are the 200th filings on case 00666.

## IV: Legal Circle

A. The Plaintiff requested an immediate, emergency Child Support modification to the statutory minimum. Failing this demand or similar relief on 5/13/2026, the Plaintiff will be forced to walk from the courtroom, to the clerk's office and immediately file a Petition to Change based on Immediate Emergency and Substantial Changes.

B. The Plaintiff offers the first motion filed after his 9/10/2025 Default Hearing. This is the motion where Judge Todd Prevett claims the Plaintiff's "frivolous" filings began (appendix B pg 8-9). Finally, Judge Prevett's Order describes only a partially true account of this case record. The Initial 10/2024 Action is substantially a motion for family access which predicts a fruitless battle for child support and directly requests 50/50 parenting time (appendix B pg 10).

## V: Request for Relief

A. Consider these facts as they relate to this Civil Complaint.

Certificate of service follows.

Tyler C. Martel

5/2/2026
SIGNED
ELECTRONICALLY

Certificate of service:

I certify that the facts and statements within this “Notice of Supplemental Authority and Intervening Matters” are true under penalty of Perjury.

I certify that I have delivered this Filing via Electronic Service, In Hand, or Via US Mail to M. Passalacqua, 98 Spit Brook Rd, Nashua NH; and Office of NH Attorney General, 1 Granite Place South, Concord NH 03301.

Signed: Tyler Martel SIGNED ELECTRONICALLY Date: 5/2/2026