UNITED STATES COURT - DISTRICT OF NEW HAMPSHIRE
MARTEL v. PREVETT - CASE 1:26-cv-00326-LM-TSM
Tyler Martel – Pro Se Plaintiff – Affidavit of Damages

05/05/2026 Affidavit of Damages and Notice

I: Procedural Foundation:

A. Per rule 65(b)(1)(A), (B); this Affidavit is offered which certifies that the Plaintiff and his family face immediate and irreparable injury; including eviction, lack of basic necessities, and emergency circumstances which render the Plaintiff unable to care for his children according to their respective parenting plans.

II: Certification of Statements of Injury

A. I, Tyler Martel, Certify under penalty of perjury that the statements contained within the original Complaint (document #1) and, memorandum for justification, and motion for TRO, are true and factual.

III: Duty of Notice

A. On 4/30/2026 Plaintiff notified the NH AG via their public email that a complaint, a motion for TRO, and proposal had been filed.

B. On 4/30/2026 at 9:27 a.m. Plaintiff submitted and the NH Supreme Court docketed a Notice of Docketing of this civil complaint.

C. Furthermore, the Defendant and their agents are wholly aware and notified of the emergency circumstances; the Defendant is already in possession of the underlying state court filings which demonstrate emergency and request stay or vacatur.

D. Further notification beyond this is not necessary because of the immediate emergency, prospective injury, and ongoing violations. Additionally, the balance of equities and basic necessities weighs heavily to the Plaintiff.

IV: Conclusion

A. For the reasons stated above, the Magistrate's Recommendation regarding grounds for procedural dismissal per rule 65 should be rejected.

Tyler C. Martel

Certificate of service:
I certify that the facts and statements within this "Affidavit of Damages and Notice" are true under Penalty of Perjury.
I certify that I have delivered this Filing via Electronic Service, In Hand, or Via US Mail to M. Passalacqua, 98 Spit Brook Rd, Nashua NH; and Office of NH Attorney General, 1 Granite Place South, Concord NH 03301.
Signed: Tyler Martel SIGNED ELECTRONICALLY Date: 05/05/2026