UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Tyler C. Martel

    v.                                    Case No. 26-cv-326-LM-TSM

Todd H. Prevett

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated May 4, 2026.

Mr. Martel's motion for preliminary injunctive relief (Doc. No. 3) is denied.

_____
Landya B. McCafferty
United States District Judge

Date: May 18, 2026


Cc: Tyler C. Martel, pro se